20 A.3d 1152

IN THE MATTER OF ERIK MUELLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 000682000).

June 24, 2011.

**ORDER**

**ERIK MUELLER** of **OCEAN,** who was admitted to the bar of this State in 2000, having pleaded guilty in the United States District Court for the District of New Jersey to an information charging him with conspiracy to commit wire fraud, in violation of 18 *U.S.C.* § 1349, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ERIK MUELLER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ERIK MUELLER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ERIK MUELLER** comply with *Rule* 1:20–20 dealing with suspended attorneys.